IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Child Evangelism Fellowship of South Carolina, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 8:04-1866-HMH |
| vs. | ) ) ) | **OPINION & ORDER** |
| Anderson School District Five | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the Defendant's motion to hold the Plaintiff's motion for attorneys' fees in abeyance, or in the alternative, for an extension of time in which to respond. The Defendant has until February 28, 2007, to engage in discovery and file a response to the Plaintiff's motion for an award of attorneys' fees and costs.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
January 18, 2007